AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 15MJ4105 |
| Eric WILSON | ) | |
| Jessica HERNANDEZ | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __8/11/2015__ in the county of __Dona Ana__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1) | Possession with Intent to Distribute approximately 29.1 gross grams of methamphetamine. |
| 21 USC § 846 | Conspiracy |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

SA Enoch J Smith
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-24-15

City and state: Las Cruces, NM

*Judge's signature*

Carmen E. Garza, U.S. Magistrate Judge
*Printed name and title*

United States of America

V.

Eric WILSON and Jessica HERNANDEZ

Throughout the week of August 6 through August 11, 2015, DEA agents, in an undercover (UC) capacity, contacted Eric WILSON via Facebook messenger regarding purchasing drugs from WILSON. WILSON had attempted to sell a DEA CS one ounce of crystal methamphetamine (meth) earlier in the week, so UC agents used this as an introduction to the topic of a meth purchase. UC agents asked for one ounce of meth, and WILSON replied that he could get one ounce and that it would cost $900.

On August 11, 2015, agents spoke with WILSON via Facebook messenger, and WILSON agreed to sell the ounce of meth to the UC. Just before 2:00 p.m., WILSON advised the UC to come to WILSON's residence. UC agents drove to the residence and observed WILSON outside with two Hispanic males sitting in the yard. WILSON approached the passenger window and spoke with the UC agents. WILSON then called one of the Hispanic males over to the truck window. One of the males walked over and shook hands with the UC but became very nervous, and made up an excuse that he had to be somewhere else and walked away with the second Hispanic male.

WILSON immediately began apologizing for the deal falling through, and began calling a female on his cell phone. WILSON got into the back seat of the UC vehicle and waited in front of the residence with the UC agents. Within 10 minutes, a female arrived in a gold Buick sedan, and walked into the house (this female was later identified as Jessica HERNANDEZ). WILSON exited the UC vehicle and followed HERNANDEZ inside the residence, then both WILSON and HERNANDEZ came outside and entered the UC vehicle, with WILSON and HERNANDEZ in the back seat. HERNANDEZ produced a clear plastic baggie with what appeared to be crystal meth inside, and placed it on the seat. The UC agents handed over $900, and WILSON and HERNANDEZ counted it. HERNANDEZ placed the meth on the console, then departed the area in her gold Buick. WILSON exited the UC vehicle and went back inside his house. HERNANDEZ was pulled over after the UC purchase, and an additional 1 gram of meth was found in her purse. HERNANDEZ admitted that she sold one ounce of meth to the UC agents.

Gross weight of the meth purchased from WILSON and HERNANDEZ was 29.1 grams, and field-tested positive for the properties of methamphetamine. Prosecution was accepted by AUSA Saltman.

Enoch J. Smith, Special Agent
Drug Enforcement Administration

Carmen E. Garza
United States Magistrate Judge