IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 15-mj-04105 |
| | ) | |
| vs. | ) | |
| | ) | |
| JESSICA HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
## FOR TEMPORARY CUSTODY OF DEFENDANT

The United States of America respectfully moves that the Court order the Clerk of this Court to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of the Doña Ana County Detention Facility, Las Cruces, New Mexico, to surrender JESSICA HERNANDEZ, DOB 1987, to the United States Marshals Service for the District of New Mexico or his authorized representative and that the United States Marshal or his authorized representative be directed to bring Defendant to the United States Courthouse for the District of New Mexico for the purpose of prosecution in the above-captioned case.

The United States further requests that the writ grant to the United States Marshals Service the authority, unless and until Defendant is sentenced by the State, to return Defendant to State custody when Defendant's presence is not needed in federal court and also to bring Defendant back into federal custody from time to time as Defendant may be needed until the federal prosecution in the above-captioned case is concluded in its entirety.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*Electronically filed 12/1/15*

MARK A. SALTMAN
Assistant U.S. Attorney
555 S. Telshor Blvd., Ste. 300
Las Cruces, NM  88011
(575) 522-2304

I HEREBY CERTIFY that the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification to defense counsel.

*Filed Electronically 12/1/15*
MARK A. SALTMAN
Assistant U.S. Attorney